UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

SANTIAGO MENDEZ SANCHEZ,

    Plaintiff,

v.

    Case No: 6:13-cv-399-Orl-18TBS

GREEN MEDAL LAWN
MAINTENANCE LLC,

    Defendant.

## ORDER

The case was referred to the United States Magistrate Judge for report and recommendation on Plaintiff's Motion for Final Judgment (Doc. No. 16). The Court having reviewed the report and recommendation (Doc. 19) of the magistrate judge, and there being no objections to the report filed, it is hereby

**ORDERED** that the report and recommendation of the magistrate judge is hereby **APPROVED**. The Motion is **DENIED** and the complaint is **DISMISSED** for failure to state a cause of action. Plaintiff will be allowed fourteen (14) days after service of this order to file an amended complaint.

**DONE AND ORDERED** at Orlando, Florida, this _____ day of May, 2014.

    G. KENDALL SHARP
    SENIOR UNITED STATES DISTRICT JUDGE

Copies to:
Counsel of Record